IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number:   1:13-cv-00514-RBJ

DEANNA GORDON

    Plaintiff

v.

DONALD RICE

    Defendant

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

The Court, having reviewed the **Stipulated Motion to Dismiss with Prejudice**, and any responses and replies thereto, and being fully advised in the premises, finds good cause to grant the Motion.

IT IS HEREBY **ORDERED** that Plaintiff's claims against Defendant Donald Rice are **DISMISSED WITH PREJUDICE**, with each party to pay their own attorneys' fees and costs.

DONE this 20th day of May, 2014.

*[signature: Brooke Jackson]*

_____
United States District Court Judge